**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Raheem JONES, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 4, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 4th day of December, 2007, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

(1) Whether the Superior Court erred in concluding that the post conviction court was correct when it dismissed appellant's post conviction relief act petition seeking a new trial based upon newly discovered evidence without an evidentiary hearing to determine the credibility and significance of recantation testimony.